IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KUNLE ADE,<br>　　　Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 09-CV-1071 |
| KIDSPEACE CORPORATION,<br>　　　Defendant. | : | |

**FILED**
JAN 13 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## PLAINTIFF'S TRIAL EXHIBITS P-61 and P-62

USDC-EDPA REC'D CLERK 10 JAN 13 PM 7:48

1 Pager
1 Set of Keys
A Badge
CAR Sticker

Whitness

*Alice Watt[?]*

Thanks Kimle

*[signature]*


EXHIBIT
P-61

PA Human Relations Commission Use Only

Docket No.
EEOC No.
Social Security No.


EXHIBIT
P-62

Revised 08.05

PHRC can investigate complaints of discrimination in: (1) Employment based upon race, color, religion, ancestry, age (40 and above), sex, national origin, non-job related handicap or disability, known association with a handicapped or disabled individual, possession of a diploma based on passing a general education development test, or willingness or refusal to participate in abortion or sterilization.

# IN-5 FORM - DISCHARGE QUESTIONNAIRE

Questionnaire on the incident you are complaining about

To avoid rewriting your answers, please read this short questionnaire from beginning to end before filling out your answers to individual questions. Please answer every applicable question as fully as possible, and to the best of your present knowledge, information and belief. If you are unsure of your answer, please say so. It is your responsibility to notify this Agency of a change of address or times of unavailability. Failure to notify this Agency may result in dismissal of the matter.

Name: Kunle Ade
Address: 2031 South 67th Street
City: Philadelphia       State: PA.   Zip Code: 19142
County: Philadelphia    Phone H: 215-868-7517   Phone W: 215-868-7517

May we call you at work? (Circle one)   (YES) ✓   NO

Caution: Failure to correctly identify the name of the legal entity you are complaining about will hinder the processing of your complaint. Bring pay stubs, W-2 forms, contracts, etc. to aid in verification of the name and address.

Information about the Organization your complaint is against:

Name: Kids Peace
Address: 3438 Route 309
City: Orefield       State: PA   Zip Code: 18069
Type of Business: Private Charity to Serving Children With behavioral & men issu
County: Lehigh Valley    Phone No. 610-799-8785

Number of employees who work at the organization named above. Please circle one.

Less than 4       15 to 100       201 to 500       Unknown
4 to 14           101 to 200      (501 plus)

IN-5 FORM                    Discharge Questionnaire

Name and address of person who will know how to contact you and who does not reside in your

Name      Janeen Carter
Address   1517 West Turner Street Apt. 1
City      Allentown                              State  PA.    Zip Code  18102
Phone No. Home  484-221-9029   Phone No. Work  484-951-1053

---

In this Questionnaire, you will see the word "class" mentioned. Class means the person's race, sex, age, ancestry, religion and so on. Depending on the issues in the complaint, you may belong to two or more classes. For example, a Black female could belong to two classes: race/Black and sex/female. A White male could belong to race/White and sex/male. All persons named in the complaint or questionnaire should be identified by their class as follows: John Doe (White male), John Doe (under age 40), Jane Doe (Black female). or example, if your complaint is based on race, include the race of all persons mentioned. If it is a sex complaint, mention the sex of all persons mentioned.

---

1. **Discrimination means difference of treatment.** Please explain what happened to you and why you feel you were treated differently. In other words, what happened to persons of a <u>different class</u> that makes you feel they received more favorable treatment than you. Give specific dates.

A White female Co-Worker made a false allegation against me to my Employer. Stating that I try to grab her breast & try to Kiss on her. I was not Investigated at no time. This All happen on Nov 25, 07

2. If you believe the organization treated you this way because of one or more of the reasons listed below, please check those reasons. If you believe the employer treated you this way for a reason which is not listed, explain what you believe to be the reason.

| ✓ | Sex | ___ | National Origin |
| ✓ | Race | ___ | Age | Date of Birth _____ |
| ✓ | Color | ___ | GED |
| ___ | Religion | ___ | Retaliation |
| ___ | Ancestry | ___ | Use of guide dog or support animal |
| ___ | Non-job related disability |
| | Identify your disability: _____ |
| ___ | Participation in/or refusal to participate in Abortion/sterilization |

·gender biasness
and Race discrimination

3. When were you hired by the company that discharged you?  Jan. 15, 2006

3a. List the most recent job title-department-length of time on job you have held during your employment with this employer.  Therapeutic Support Staff (T.S.S) and Child Care Counselor.

Page 3

IN-5 FORM     Discharge Questionnaire

4. What was the date of your discharge? __December 4, 2007__

4a. Were you a probationary employee when you were discharged?    YES    (NO)

5. Who recommended this discharge? __According to human resource my Supervisor__

5a. What is his/her job title and CLASS (race, sex, age, etc.) __White female Supervisor__

6. What reasons were you given for this discharge? __None__

Please submit a copy of any letters or notices from the company concerning this discharge.

7. What explanation for your performance or conduct did you give the employer? __I did not received any letter for this discharge.__

8. To your knowledge, did the employer conduct any investigation which took into account your explanation.
    YES    (NO)

Explain as best you can when the investigation occurred, the name(s) of the individual(s) who investigated the incident for the employer and any details you can.

9. Did your explanation for your performance or conduct cause the employer to reconsider or delay your discharge in any way?
    YES    (NO)

If yes, please explain.

Page 4

IN-5 FORM  Discharge Questionnaire

10. Do you believe any of the reasons given by the employer for this discharge were accurate?

YES  (NO)

Please explain. _____

11. Were you warned/disciplined before this discharge about any violations of your employer's rules?

(YES)  NO   If so:

Date of Warning/discipline: April 1, 2007
Nature of Warning/Discipline/Suspension: Disciplinary Action
Oral/Written: _____
Who gave the Warning/Discipline: Donna Doran, Supervisor
Class (race, sex, age, etc.) White female Supervisor
Reason for Warning/Discipline: A verbal & Physical altercation with co-worker

12. If you have it, please attach a copy of any written procedure or policy your employer may have with respect to discipline. If you don't have it, where can we obtain a copy? If it is not written, what is the practice or your understanding of it. _____

13. If the employer gave a reason for your discharge/demotion, can you name any employee who did the same thing or something worse who was not discharged/demoted?

Name: Jeff Onushco, Pam Peters, Leo Nealey
Class: LCCW II, White male, White female, White Female
Job/Department: Patriot center, LCCW, Assistant Supervisor
What did the person do? Sleeping on a level and Sleeping while working with kids on suicide level.
What discipline was given? None that I know of.

IN-5 FORM                     Discharge Questionnaire

14   Has anyone else been treated the same as you?   (YES)   NO

     Name _Sherwood_   Class _LCCW/Nolonger Employed with the Company_

15   If the reason given by your employer for your termination was related to reorganization for economic reasons, what is your objection to your employer's rationale?
     _False, And that has no bearing on my termination._

16   If the employer gave a reason for your termination related to reorganization, can you name any employee(s) who you felt should have been terminated before you?
     Name _Lea Ae Neasly, Jeff Onushco, Pam Peters_
     Class _White female, White male, White Female_
     Job/Department _Assistant Supervisor, LCCW II     LCCW_
     Why should this person have been terminated before you? _All the Above People mension had watch Kids on suicide level and slept most of the time. But others eigther terminated or writt_

17   Are you a union member?   YES   (NO)
     What is the name of your union? _____
     Address: _____
     City, State and Zip Code: _____
     Phone No.: _____
     Business Agent (Rep.) _____

18   Did you file a union grievance?   YES   (NO)
     If so, attach a copy of the grievance. Explain what step your grievance is now in. Give both step number and letter, and the name and title of the union official dealing with your grievance.

19   Are you a civil service employee?   YES   (NO)
     Did you file a civil service complaint regarding the above problem?   YES   NO
     What is/was the status of your civil service complaint, if applicable? _____

IN-5 FORM                     Discharge Questionnaire

20  Have you filed a complaint about this matter with any other commission or agency? If so, please specify the Commission or agency and the date you filed, to the best of your recollection.

   YES    (NO)

   Name of Agency or Commission _____

   Date Filed _____

20a  Have you applied for unemloyment compensation?   (YES)   NO

   If so, what is the date of your application for benefits?

   Were you awarded benefits?   (YES)   NO   But awiting thir there responsed

   If so, please state your weekly benefit amount and the rate you began receiving checks.

   Amount in $: 433.00            Date 12/23/07

   If you were denied benefits, did you appeal?   YES   (NO)

   If so, was a hearing held on your appeal?   YES   (NO)

   If so, what was the result?   N/A

   If you have not applied for unemployment, do you plan on doing so   (YES)   NO

   If you are claiming discrimination based upon handicap/disability, have you filed a workers' compensation claim related to your disability?   YES   (NO)

   If yes, what is the status of that claim? _____

   Are you receiving social security benefits?   YES   (NO)

   If yes, what amount do you receive and what date did you begin to receive these benefits?

   Amount in $: _____   Date _____

21  Have you taken any court action regarding this matter? If so, please specify in what court and the date you filed, to the best of your recollection.

   Name of Court _____

   Date Filed _____

   City _____

   County _____

   State _____

If there are other facts you feel should be considered, record these on the last page of the questionnaire (Continuation Page).

I hereby verify that the statements contained in this complaint are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 PA.C.S. Section 4904, relating to unsworn falsification to authorities.

Signature _____    Date _____

Address  2031 South 67th Street

City, State and Zip Code  Philadelphia, PA. 19142

Phone No. Home  (215) 868-7517

Phone No. Work  _____

Phone No. Cell  (215) 868-7517

# CONTINUATION PAGE

For use if additional pages are needed to answer any question(s). Indicate the question number that is being answered before each response below.

A White Female Co-worker made a false allegation against me with my Employer. Stating that I Sexually harrassed her by trying to grab her breast and trying to kiss on her. At no time did I ever engaged in such conduct. To the Contrary the white female was the person who tried to come onto me, by showing me a picture of her breast, A tatoo on her lower part of her back and a tattoo on her top of her back. I told my Employer that at no time did I Ever enagage in the conduct the white female Coworker alleged.

My Employer never conducted any Investigation that I'm aware of and Most Importantly never Interviewed me regarding the false allegations, but simply placed me on administrative leave and after I sent my employer a letter Complaing that I have been falsely accused and placed on administrative leave without an Investigation, I was terminated.

The decision maker and Supervisor Involved with this matter were all white. And Supervisors are white females. I believe that I have been discriminated against by my Employer on the bases of my race African-American and gender male, In their decission relating to this matter, in violation of the PHRA and Title VII.

My Supervisor who had use race and discrimination comments infront of me. I believe she use did that because she had given me a written warning that states it is a final warning. So, I can't really say anything. Which I didn't signed.