# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KUNLE ADE,** : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **NO. 09-1071** |
| **KIDSPEACE CORPORATION,** : | |
| **Defendant.** : | |

## O R D E R

**AND NOW**, this 10th day of March, 2010, upon consideration of Defendant's Motion for Summary Judgment (Document No. 19, filed Dec. 7, 2009), Plaintiff's Response and Opposition to Defendant's Motion for Summary Judgment (Document No. 20, filed Dec. 28, 2009), Defendant's Reply Brief (Document No. 21, filed Jan. 8, 2010), and Plaintiff's Response to Defendant's Reply Brief (Document No. 22, filed Jan. 13, 2010), for the reasons set forth in the Memorandum dated March 10, 2010, **IT IS ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**, and **JUDGMENT IS ENTERED** in **FAVOR** of defendant, KidsPeace Corporation, and **AGAINST** plaintiff, Kunle Ade.

**IT IS FURTHER ORDERED** that the Clerk shall **MARK** the case as **CLOSED FOR STATISTICAL PURPOSES**.

BY THE COURT:

　　　/s Jan E. Dubois　　　
**JAN E. DUBOIS, J.**